No. 279.   HIGHLANDER FOLK SCHOOL ET AL. *v.* TENNESSEE EX REL. SLOAN, DISTRICT ATTORNEY GENERAL. Supreme Court of Tennessee. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Cecil D. Branstetter* and *George E. Barrett* for petitioners. *George F. McCanless,* Attorney General of Tennessee, *Jack Wilson,* Assistant Attorney General, and *Albert F. Sloan,* District Attorney General, for respondent.

No. 14, Misc.   PIASCIK *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Raymond M. Momboisse,* Deputy Attorney General, for respondent.

No. 15, Misc.   O'NEAL *v.* McGEE, CORRECTIONS DIRECTOR, ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edsel W. Haws,* Deputy Attorney General, for respondents.